# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHESTERFIELD CHAMBER OF COMMERCE, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 4:14-CV-1842 NAB |
| PATRICIA CATANZARO, et al., ) ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Upon the filing of the parties' Joint Voluntary Dismissal on February 10, 2015,

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims in this action are **DISMISSED with prejudice** with the parties to bear their own costs.

Dated this 11th day of February, 2015.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE